■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LLOYD, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered March 10, 1978, convicting him of assault in the first degree, upon a jury verdict, and imposing a sentence of imprisonment with a minimum of 2 years and a maximum of 10 years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the maximum term of imprisonment to six years. As so modified, judgment affirmed and case remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). The sentence was excessive to the extent indicated herein. Titone, J. P., Suozzi, O'Connor and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES McLEAN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered February 15, 1978, convicting him of robbery in the first degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631). We have also considered the issues advanced by the appellant in his letter to his counsel, and find them to be entirely without merit. Hopkins, J. P., Lazer, Rabin and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LENZIE REESE, Appellant.—Two judgments of the County Court, Nassau County, rendered June 1, 1978, and October 24, 1978, respectively, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Damiani, Titone and Martuscello, JJ., concur.